UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET RATNER KUNSTLER, *et. al.*,

        Plaintiff,

-against-

CENTRAL INTELLIGENCE AGENCY, *et. al.*,

        Defendants,

Case No.: 22-cv-06913 (JGK)

**NOTICE OF APPEARANCE**

---

TO:  The Clerk of The United States Court
       For The Southern District of New York
       And All Parties of Record:

      PLEASE TAKE NOTICE that Richard Roth, Esq. of The Roth Law Firm, PLLC, hereby enters his appearance in the above-captioned action as counsel for Plaintiffs Margaret Ratner Kunstler, Deborah Hrbek, John Goetz, and Charles Glass, and requests that all future correspondence and notices in this action be served upon the undersigned.

Dated: New York, New York
       July 25, 2022

                                        **THE ROTH LAW FIRM, PLLC**

                                        <u>By:</u> */s/ Richard A. Roth*
                                        Richard A. Roth, Esq.
                                        275 Madison Avenue, Floor 22
                                        New York, New York 10017
                                        Tel: 212-542-8882
                                        Email: rich@rrothlaw.com

                                        *Attorneys for Plaintiffs*