UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, DEBORAH　　　　　Civil Action No. 22-cv-6913
HRBEK, JOHN GOETZ & CHARLES GLASS,

　　　　　　　　　　　　　　　　　　　　　　　　　　**AFFIRMATION OF**
　　　　　　　　　　Plaintiffs,　　　　　　　　　　　　**SERVICE**

vs.

CENTRAL INTELLIGENCE AGENCY, MICHAEL R.
POMPEO, DAVID MORALES GUILLEN
and UNDERCOVER GLOBAL S.L.,

　　　　　　　　　　Defendants.
-----------------------------------------------------------------------x

　　　　BRIAN S. LEVENSON, an attorney duly admitted to practice law before the Courts of this State and the Southern District of New York, aware of the penalties for perjury, hereby affirms that the following statements are true:

　　　1.　　I am not a party to this action. I am over 18 years of age and reside in New York, NY.

　　　2.　　On October 18, 2022, I served the Central Intelligence Agency pursuant to 32 C.F.R. § 1904.3 and Federal Rule of Civil Procedure 4(i)(2) by depositing three envelopes, each containing a copy of the summons for Central Intelligence Agency and the Complaint in this action, in the custody and care of the U.S. Postal service to be mailed by certified mail as follows:

　　　　　　　Civil Process Clerk
　　　　　　　United States Attorney's Office
　　　　　　　86 Chambers Street
　　　　　　　New York, NY 10007

　　　　　　　Attorney General – Merrick B. Garland
　　　　　　　U.S. Department of Justice
　　　　　　　950 Pennsylvania Ave., NW
　　　　　　　Washington, D.C. 20530-0001

　　　　　　　Litigation Division
　　　　　　　Office of General Counsel
　　　　　　　Central Intelligence Agency
　　　　　　　Washington, D.C. 20505

Dated:  New York, New York
October 18, 2022

                                                              _____
                                                              Brian Levenson