AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MARGARET RATNER KUNSTLER, DEBORAH HRBEK, JOHN GOETZ & CHARLES GLASS,<br><br>*Plaintiff(s)*<br>v.<br>CENTRAL INTELLIGENCE AGENCY, MICHAEL R. POMPEO, DAVID MORALES GUILLEN and UNDERCOVER GLOBAL S.L.,<br><br>*Defendant(s)* | Civil Action No. 22-cv-6913 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CENTRAL INTELLIGENCE AGENCY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BRIAN LEVENSON, ESQ.
THE ROTH LAW FIRM, PLLC
295 MADISON AVENUE
FLOOR 22
NEW YORK, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/23/2022



/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-06913-JGK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Central Intelligence Agency** was received by me on *(date)* **October 11, 2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Robert, authorized Staff Member, Central Intelligence Agency Office of General Counsel on behalf of Central Intelligence Agency** , who is designated by law to accept service of process on behalf of *(name of organization)* **Central Intelligence Agency** on *(date)* **October 11, 2022** ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ **0.00** for travel and $ **159.00** for services, for a total of $ **159.00**.

I declare under penalty of perjury that this information is true.

Date: **October 11, 2022**

*Server's signature*

**Patrice Rehrig - Private Process Server**
*Printed name and title*

Patriot Process Service
3900 Jermantown Rd • Suite 300
Fairfax, VA 22030
703-385-5300
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 11, 2022, 2:10 pm EDT at CIA Visitors Center Main Gate: 930 Dolley Madison Blvd, McLean, VA 22101 received by Robert (would not provide last name), authorized Staff Member, Central Intelligence Agency Office of General Counsel on behalf of Central Intelligence Agency . Age: 42; Ethnicity: Caucasian; Gender: Male; Weight: 170; Height: 5'10"; Hair: Blond; Eyes: Brown; Other: Wears glasses.;

**Recipient accepted paperwork personally and stated that he had the authority to do such.**