AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| MARGARET RATNER KUNSTLER, DEBORAH HRBEK, JOHN GOETZ & CHARLES GLASS,<br><br>*Plaintiff(s)*<br>v.<br>CENTRAL INTELLIGENCE AGENCY, MICHAEL R. POMPEO, DAVID MORALES GUILLEN and UNDERCOVER GLOBAL S.L.,<br><br>*Defendant(s)* | Civil Action No. 22-cv-6913 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MICHAEL R. POMPEO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    BRIAN LEVENSON, ESQ.
THE ROTH LAW FIRM, PLLC
295 MADISON AVENUE
FLOOR 22
NEW YORK, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8/23/2022

/s/ J. Gonzalez

Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-6913

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **MICHAEL R. POMPEO**
was received by me on *(date)* **10/27/2022**.

☒ I personally served the summons on the individual at *(place)* **DAUCH COLLEGE OF BUSINESS, 400 COLLEGE AVENUE, ASHLAND, OH 44805** on *(date)* **10/28/2022 AT 6:20 PM** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/2/2022**

*Server's signature*

**BENJAMIN PURSER**     **PROCESS SERVER**
*Printed name and title*

**221 SPRINGSIDE DRIVE, AKRON, OH 44333**
*Server's address*

Additional information regarding attempted service, etc:

**DESCRIPTION OF PERSON SERVED: 58/WM/5'11"/185/GREY HAIR**

**SERVICE DOCUMENTS: SUMMONS IN A CIVIL ACTION AND COMPLAINT.**

**COMMENTS:**
**SERVER VERBALLY STATED TO MICHAEL R. POMPEO THAT HE WAS BEING SERVED WITH A SUMMONS AND COMPLAINT BEFORE HANDING OVER DOCUMENTS TO HIM. POMPEO ACCEPTED DOCUMENTS AND PROCEEDED TO HAND THEM TO A MAN STANDING NEAR HIM.**