UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Margaret Ratner Kunstler, *et al.*

    Plaintiffs,

    v.

Central Intelligence Agency, *et al.*

    Defendants.

**CLERK'S CERTIFICATE OF MAILING**

Case No.: 22-CV-06913 (JGK)

I hereby certify under the penalties of perjury that on the 4th day of November 2022, I served one (1) copy of the Summons and Complaint along with Spanish translations, Civil Cover Sheet, Notice and Order of Initial Conference, Individuals Rules & Practices of Judge John G. Koeltl, and Certificate of Accuracy upon defendants, David Morales, Calle Padre Ruiz Candil, Num. 28, Jerez de la Frontera, Spain, the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii), by FEDEX tracking number 7701 6199 5450.

Dated: New York, New York
       November 4, 2022

                                      RUBY J. KRAJICK
                                      CLERK OF COURT

                                      /s/Elaine Nguyen
                                      Deputy Clerk