

# INFORME EXTRAORDINARIO
**ANEXO HOTEL 14-11-16**

uc-global.com
info@uc-global.com



# ¡CONFIDENCIALIDAD!

La información aportada en esta propuesta es considerada

confidencial y pertenece a UC-GLOBAL.


Cualquier forma de reproducción distribución,

copia total o parcial de la misma se considera prohibida;

su contenido no puede ser usado fuera de los propósitos expuestos

sin autorización de UC-GLOBAL.




### ANEXO DEL INFORME HOTEL DEL DÍA 14/11/2016:

COLOCACION DE GRABADORA

A continuación, se demuestra mediante la grabación de la cámara de vigilancia de la sala de reunión (ARCHIVO EN ANEXO) y toma de captura de pantalla la colocación de dichas grabadoras. Tenemos que hacer hincapié en una corrección sobre el informe precedentes que se especificaba que el autor del hecho era Juan Pasarelli pues no es. En efecto es su hermano Jose Pasarelli.



Jose Pasarelli

Colocación de grabadora





**INFORME EXTRAORDINARIO**
HOTEL



Colocación de grabadora en la sala de reuniones

