NOTIFICACIÓN LEXNET by kmaleon : 202310520270556

MARÍA DE VILLANUEVA FERRER (1.509)
Tlf. 91 5772680 - Fax. 91 5772683
maria@fvprocuradores.es

>> Fernando García Pérez
Tlf. 877 20 01 41

Case 1:22-cv-06913-JGK   Document 20-3   Filed 11/29/22   Page 1 of 28   23-09-2022

DAVID MORALES GUILLÉN      1/28

**Expediente M-72184**

Cliente...    : Sr. D. DAVID MORALES GUILLÉN
Contrario   : Julian Paul Assange y Stefania Maurizi
Asunto...    : Dil.Previas Proc.Abreviado 3291/19
Juzgado..   : JDO. CENTRAL INSTRUCCION N. 5 MADRID  MADRID

# Resumen

## Resolución

23.09.2022          **DILIGENCIA**
                    **hacer constar que se hace entrega de la documentación interesada por**
                    **JULIAN ASSANGE**

Saludos Cordiales

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARÍA DE VILLANUEVA FERRER (11305)
23-09-2022
2/28



## JUZGADO CENTRAL DE INSTRUCCION Nº 005
## MADRID

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
**NIG:** 28079 27 2 2019 0001946
GUB11

DILIGENCIAS PREVIAS PROC. ABREVIADO 0003291 /2019

**DILIGENCIA.-** En Madrid a 21 de septiembre de 2022. La extiendo yo El Letrado de la Administración de Justicia y conforme lo ordenador en la providencia del día de la fecha para hacer constar que se hace entrega de la documentación interesada por la representación procesal de JULIAN ASSANGE:

REINO UNIDO:
1. Diligencia de constancia de fecha 28.07.2020 y oficio confirmación recepción de Home office.
2. Correo electrónico remitiendo información complementaria.
3. Justificante Lexnet de la remisión a Cooperación Jurídica Internacional de la CRI 04.02.2021.
4. Justificante Lexnet de la remisión a Cooperación Jurídica Internacional de 20.05.2021 sobre testifical Graig Murray.
5. La parte no especifica el documento.

EEUU:
1. Diligencia de constancia de fecha 14.07.2020 y oficio de la Subdirección que verifica la llegada de la CRI de 18.06.20.
2. Correo electrónico del magistrado a la magistrada enlace y el envio de la contestación lo realizó el Magistrado.
3. Diligencia de constancia de fecha 31.07.2020 y Diligencia de constancia de fecha 19.08.2020, tomando nota de la referencia de las CRI enviadas el 31.07.2020, con lo cual se verifica la recepción en el Ministerio de Justicia.
4. Justificante de Lexnet de envío a Cooperación Jurídica Internacional.

de todo lo cual . Doy fe.

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARÍA DE VILLANUEVA FERRER (1503)
23-09-2022

2413

Incoming EIO request (ref: 5664060)

✕ ELIMINAR   ← RESPONDER   ≪ RESPONDER A TODOS   → REENVIAR   ···

Marcar como no leído

 UK Central Authority <mla@homeoffice.gov.uk>
mié 02/09/2020 18:36

Para: MATA AMAYA, JOSE DE LA;

Cc: gary.merchant1@homeoffice.gov.uk;

Para ayudar a proteger tu privacidad, parte del contenido de este mensaje se ha bloqueado. Para volver a habilitar las características bloqueadas, haga clic aquí.

Para mostrar siempre el contenido de este remitente, haga clic aquí.

## ANNEX B

### CONFIRMATION OF THE RECEIPT OF AN EIO

This form has to be completed by the authority of the executing State which received the EIO referred to below.

| (A)    THE EIO CONCERNED |
|---|
| Authority which issued the EIO: **Spain - Central Court of Investigation No. 5 (National High Court)** |
| File reference: **3291/2019** |
| Date of issuing: **8 July 2020** |
| Date of receipt: **2 September 2020** |

| (B)    THE AUTHORITY WHICH RECEIVED THE EIO( ) |
|---|
| Official name of the competent authority: **UK Central Authority** |
| Name of its representative: ................................................ |
| Post held (title/grade):...................................................... |
| Address: |
| **UK Central Authority** |
| **2nd Floor, Peel Building** |
| **2 Marsham Street** |
| **London** |
| **SW1P 4DF** |
| Tel. No: (country code) (area/city code)  **+44 (0)20 7035 4040** |
| Fax No: (country code) (area/city code)  **+44 (0)20 7035 6986** |
| E-mail: **UKCA-ILOR@homeoffice.gov.uk** |
| File reference: **EIO5664060ES** |
| Languages in which it is possible to communicate with the authority: **English** |

[1] This section is to be completed by each authority which received the EIO. This obligation falls upon the authority competent to recognise and execute the EIO and, where applicable, upon the central authority or the authority which transmitted the EIO to the competent authority.

| (C)    (WHERE APPLICABLE) THE COMPETENT AUTHORITY TO WHOM THE EIO IS TRANSMITTED BY THE AUTHORITY UNDER (B) |
|---|
| Official name of the authority: |
| |
| Name of its representative: |
| ........................................................................................... |
| Post held (title/grade): |
| ........................................................................................... |
| Address: |
| ........................................................................................... |
| ........................................................................................... |
| Tel. No: (country code) (area/city code) ........................................... |
| Fax No: (country code) (area/city code).......................................... |
| E-mail:................................................................................ |
| Date of transmission:............................................................. |
| File reference:........................................................................ |
| Language(s) that may be used for communication:................................. |

| (D) ANY OTHER INFORMATION WHICH MAY BE RELEVANT FOR THE ISSUING AUTHORITY: |
|---|
| ........................................................................................... |
| ........................................................................................... |
| ........................................................................................... |

| (E)    SIGNATURE AND DATE |
|---|
| Signature: |
| Date:2 September 2020 |
| Official stamp (if available): |

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARÍA DE VILLANUEVA Y FERRER (11504)
23-09-2022



## JUZGADO CENTRAL DE INSTRUCCION Nº 005
MADRID

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
**NIG:** 28079 27 2 2019 0001946
GUB11

**DILIGENCIAS PREVIAS PROC. ABREVIADO 0003291 /2019**

**DILIGENCIA**.-  En Madrid a 14 de julio de 2020. La extiendo yo el Letrado de la Administración de justicia para hacer constar que en el día de la fecha se procede a remitir la ampliación de la CRI a Estados Unidos librada el pasado día 18.06.2020 a la Subdirección de Cooperación Jurídica Internacional del Ministerio de Justicia por correo electrónico el día 08.07.2020 una vez incorporada su traducción al inglés . De todo lo cual doy fe.

EL LETRADO DE LA ADMINISTRACION DE JUSTICIA

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARIA DE VILLANUEVA FERRER [13500]
23-09-2022
5/28

2164



**MINISTERIO DE JUSTICIA**

JUZGADO CENTRAL DE INSTRUCCION Nº 5
AUDIENCIA NACIONAL

2 0 JUL 2020

HORA
ENTRADA

SECRETARÍA DE ESTADO DE JUSTICIA

DIRECCIÓN GENERAL DE COOPERACIÓN JURÍDICA INTERNACIONAL Y DERECHOS HUMANOS

SUBDIRECCIÓN GENERAL DE COOPERACIÓN JURÍDICA INTERNACIONAL

O F I C I O

S/REF.

N/REF.

FECHA

ASUNTO

**DILIGENCIAS PREVIAS PROCEDIMIENTO ABREVIADO - 0003291/2019**

**0000969 / 2020 - CAP**

**17/07/2020**

INFORMACIÓN SOBRE LA COMISIÓN ROGATORIA RELATIVA A UNDERCOVER GLOBAL SL, DAVID MORALES GUILLEN

**JUZGADO CENTRAL DE INSTRUCCIÓN N. 5 - C/ GARCIA GUTIERREZ, 1 28004 MADRID - ESPAÑA**

En relación con su solicitud de fecha 18/06/2020 de dirigir comisión rogatoria a las autoridades judiciales de ESTADOS UNIDOS para la práctica de las diligencias en ella interesadas, dimanante del procedimiento DILIGENCIAS PREVIAS PROCEDIMIENTO ABREVIADO - 0003291/2019 y relativa a *UNDERCOVER GLOBAL SL, DAVID MORALES GUILLEN*, se ha recibido en esta Subdirección comunicación procedente de dichas autoridades, cuya copia le adjunto, solicitando más información al objeto de poder ejecutar la citada comisión rogatoria.

Por ello, le ruego nos facilite dicha información, acompañada de la correspondiente traducción, al objeto de remitirla a las autoridades de ESTADOS UNIDOS para que, a la mayor brevedad, puedan continuar con la ejecución de su solicitud.

Madrid a 17/07/2020

POR LA AUTORIDAD CENTRAL ESPAÑOLA

La Jefe de Área Auxilio Judicial

SAN BERNARDO Nº 62
28071 MADRID
TEL.: 913902269-2381—2280
FAX.: 91 390 24 75
e-mail:rogatoriaspenal@mjusticia.es

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556    23-09-2022
MARIA DE VILLANUEVA FERRER (15903)                         6/28



**JUZGADO CENTRAL DE INSTRUCCION Nº** 005
MADRID

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
**NIG:** 28079 27 2 2019 0001946
GUB11

DILIGENCIAS PREVIAS PROC. ABREVIADO 0003291 /2019

**DILIGENCIA. -**  En Madrid a 28 de julio de 2020. La extiendo yo el letrado de la Administración de Justicia para hacer constar que en el día de la fecha, se remitió las OEI a **Reino Unido** por correo internacional privado a Home Office,UK Central Authority (Londres), para la práctica de las declaraciones testificales acordadas en la presente causa. De todo lo cual doy fe.

EL LETRADO DE LA ADMINISTRACION DE JUSTICIA

**M. Pilar Zamanillo Perez**

| | |
|---|---|
| **De:** | Audiencia Nacional Central Instrucción n. 5 |
| **Enviado el:** | lunes, 22 de febrero de 2021 12:39 |
| **Para:** | uzma.haque@homeoffice.gov.uk |
| **Asunto:** | RE: Incoming EIO request (ref: 5664060) |
| **Datos adjuntos:** | contestacion en iglesa la OEI REINO UNIDO.pdf |

Your Ref: EIO5664060ES
Our Ref: 3291/2019

Good morning,

    I am sending you the answer to the questions asked in your email of 09 december 2020 about the EIO

    King Regards

*Juzgado Central de Instrucción nº5*
*Audiencia Nacional*

*c/ Garcia Gutierrez s/n*
*Madrid*

*audiencianacional.centralinstruccion5@justicia.es*
*Telf: 91 709 64 78*
*Fax: 91 709 64 86*



---

**De:** UK Central Authority <mla@homeoffice.gov.uk>
**Enviado:** miércoles, 9 de diciembre de 2020 12:34
**Para:** MATA AMAYA, JOSE DE LA
**Cc:** uzma.haque@homeoffice.gov.uk
**Asunto:** Incoming EIO request (ref: 5664060)



Our Ref: EIO5664060ES
Your Ref: 3291/2019

Dear Judge Amaya,

# EUROPEAN INVESTIGATION ORDER

Thank you for your European Investigation Order dated 8 July 2020 received on 2 September 2020.

The UKCA apologise for the delay in considering your EIO request. I am the lawyer reviewing your request and I note the hearing dates requested for the video links have now passed. Please advise if the video link testimony from the five witnesses is still required, and if yes, please provide the following information for consideration:

1. We note the conduct has taken place in the UK. Have Spain made any reports to UK law enforcement on the criminal conduct alleged? If yes, please provide details.

2. I would be grateful if you could briefly advise on Spanish criminal jurisdiction regarding offences committed outside of the territory of Spain.

3. The offending set out in Annex 1 to the EIO refers to offences of espionage and theft. There are no facts contained within Annex 1 to support a money laundering allegation. Please provide full information on any money laundering aspects.

4. What is the nexus/link of each of the five witnesses to:
(a) the facts as set out in Annex 1, and
(b) to allegations of money laundering?
What relevant evidence is expected from each witness?

5. Please advise on the current proceedings in Spain in relation to the suspect and suspect company. Is this matter at investigation or hearing stage? Is there a trial? Is the video link testimony for trial purposes?

6. In the facts set out in Annex 1, it is asserted audio and video recordings were enabled for transmission to "third parties". Please identify the third parties.

7. In the facts set out in Annex 1, it is stated the "...spying even affected the head of the Ecuadorian National Intelligence Service...". Please elaborate how and why he was affected.

8.Please confirm if the EIO should be kept confidential in the event the witnesses require sight of the same?

9. Video links:

(i) Please provide new dates and times for the video links. Proposed dates should be 6-8 weeks ahead of the date of your reply. This will enable me to identify a UK court and book relevant time for the video link hearings. Please be aware, UK courts sit at 10:00 to 13:00 and again at 14:00 until conclusion of the court's business.
(ii) Please advise on the expected duration of the link per witness. Again, this will assist the UK court in booking sufficient court time and ensuring sufficient time is booked with the bridging company who provide link facilities.
(iii) Please confirm the technical dial in information for the video links and provide a contact name and number in the event technical assistance may be required.

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARIA DE VILLANUEVA FERRER (11508)
23-09-2022
4/28

(iv) Is a test link sought? If yes, please provide a date.

(v) Please provide procedural rights information to be served upon each witness in advance of any hearing, in accordance with Article 24(5)(e) of the EU Directive 2014/41.

Thank you in advance for your assistance with my detailed enquiries. I look forward to hearing from you.

Kind regards,



(Miss) Uzma Haque
Lawyer

UK Central Authority

Home Office,
2nd Floor, Peel Building, 2 Marsham Street, London, SW1P 4DF
D 020 7035 0811/ 07721 236226
E uzma.haque@homeoffice.gov.uk

***Guidance on EIO is on GOV.UK website***
**NOTE: Please do n ot edit the subject line when replying to this email**

**To assist the UKCA to manage its limited office based resources during Covid-19, we would be grateful if, wherever possible, you send letters of request or correspondence electronically to UKCA-ILOR@homeoffice.gov.uk rather than by physical transmission to our office. We are currently able to process electronic correspondence more promptly. Where material has been sent electronically, we normally would not require hard copies as well.**



3

RV: CR 1153/2020-Case 1:22-cv-06913-JGK Document 20-3 Filed 11/29/22 Page 10 of 28
NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARIA DE VILLANUEVA FERRER (1563)
23-09-2022
10/28

2385



## RV: CR 1153/2020-CAP ADAM WALDMAN Y OTROS

DE LAS HERAS GARCIA, MARIA <maria.delasheras@mjusticia.es>

mié 19/08/2020 14:59

Para: MATA AMAYA, JOSE DE LA <j.mata@poderjudicial.es>;

cc: ROGATORIAS PENAL <rogatoriaspenal@mjusticia.es>; MAGISTRADO DE ENLACE EEUU <enlace.estadosunidos@mjusticia.es>;

Importancia: Alta

📎 1 dato adjunto

DFA 3291-19 CRI EEUU castellano-ingles.pdf;

Buenos días José

En relación con esta petición de auxilio, las autoridades de los Estados Unidos nos transmiten lo siguiente en el correo electrónico que te reenvío:

*"Queridos colegas,*

*La ejecución de esta solicitud puede requerir un proceso judicial obligatorio. Para proceder, necesitamos información adicional. Sírvanse proporcionar la base fáctica para sospechar del Sr. Morales Guillen de soborno y blanqueo de dinero. Además, sírvanse proporcionar información detallada sobre la relación entre las personas que se solicita que sean entrevistadas por videoconferencia y las presuntas conductas delictivas, así como detalles sobre el alcance previsto de sus entrevistas.*

*Gracias por su ayuda. Esperamos con interés recibir la información adicional.*

*Saludos cordiales,*
*Susan"*

Quedo a tu disposición para lo que necesitéis en la ejecución de esta solicitud.

Saludos cordiales,

**Maria de las Heras**
Liaison Magistrate of Spain to the United States / magistrada de enlace
Embassy of Spain
2375 Pennsylvania Av. NW
Washington DC, 20037
**Móvil español: +34 685 76 62 22**
Cell phone: (202) 716 67 37
Landline: (202) 728 23 45
maria.delasheras@mjusticia.es

**De:** Hunter, Susan Park (CRM) <Susan.Hunter@usdoj.gov>
**Enviado el:** miércoles, 5 de agosto de 2020 2:05
**Para:** Bohling, Robert (CRM) <Robert.Bohling@usdoj.gov>; ROGATORIAS PENAL <rogatoriaspenal@mjusticia.es>
**CC:** DE LAS HERAS GARCIA, MARIA <maria.delasheras@mjusticia.es>; MAGISTRADO DE ENLACE EEUU <enlace.estadosunidos@mjusticia.es>; DIZ BAYOD, BEATRIZ <beatriz.diz@mjusticia.es>
**Asunto:** RE: CR 1153/2020-CAP ADAM WALDMAN Y OTROS

Dear colleagues,

The execution of this request, may require compulsory court process. In order to proceed, we need additional information. Please provide the factual basis to suspect Mr. Morales Guillen of bribery and money laundering. Furthermore, please provide information detailing how the persons requested to be interviewed by VTC are connected to suspected criminal conduct and details of the expected scope of their interviews.

Thank you for your assistance. We look forward to receiving the additional information.

Kind regards,
Susan

Susan Park Hunter
U.S. Department of Justice
Criminal Division
Office of International Affairs

**From:** Bohling, Robert (CRM) <Robert.Bohling@CRM.USDOJ.GOV>
**Sent:** Tuesday, August 4, 2020 11:50 AM
**To:** ROGATORIAS PENAL <rogatoriaspenal@mjusticia.es>
**Cc:** Hunter, Susan Park (CRM) <Susan.Park@CRM.USDOJ.GOV>; maria.delasheras@mjusticia.es; MAGISTRADO DE ENLACE EEUU <enlace.estadosunidos@mjusticia.es>; beatriz.diz@mjusticia.es
**Subject:** RE: CR 1153/2020-CAP ADAM WALDMAN Y OTROS

Dear Colleagues:

We have received your request for assistance in the above-referenced matter and have assigned it to Trial Attorney Susan Park Hunter (Susan.Hunter@usdoj.gov). Susan will review the request as soon as possible and will contact you if she has any questions or needs additional information.

Sincerely,
Robert

**Robert E. Bohling**

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARÍA DE VILLANUEVA FERRER (1.569)
23-09-2022
12:28

2386

International Affairs Specialist
Office of International Affairs
Criminal Division, U.S. Department of Justice
1301 New York Avenue, NW
Washington, DC 20005
TEL: 202-307-1864
Email: Robert.Bohling@usdoj.gov

**From:** ROGATORIAS PENAL <rogatoriaspenal@mjusticia.es>
**Sent:** Friday, July 31, 2020 5:14 AM
**To:** MLA, OIA (CRM) <OIA.MLA@CRM.USDOJ.GOV>
**Subject:** CR 1153/2020-CAP ADAM WALDMAN Y OTROS

Good morning,
Pursuant to the 2004 U.S.-Spain Mutual Legal Assistance Instrument, enclosed is a request for assistance in the above-referenced matter, forwarded on behalf of the Central Examining
Court nº 5. An English translation is also included.
Thank you for your assistance.
Kind regards,
**Beatriz Díz Bayod**
Jefe de Área de Auxilio Judicial Penal
San Bernardo, 62
Ministerio de Justicia
Tel. +34913904433
Fax: +34913904457
E-mail: beatriz.diz@mjusticia.es



---------------------------------------------

*CONFIDENCIALIDAD*

*Este mensaje y cualquier documentación adjunta está dirigido únicamente a sus destinatarios y puede contener información confidencial. Si usted considera que ha recibido este correo electrónico por error (por el asunto, por el remitente o por cualquier otra causa), le informamos que cualquier revisión, alteración, impresión, copia o transmisión de este mensaje o de cualquier fichero adjunto está prohibida en virtud de la legislación vigente. En tal caso, se ruega que lo destruya y notifique el error a la dirección electrónica del remitente.*

*This e-mail and any files transmitted with it are intended solely for the use of the intended recipients and may contain confidential information. If you may have received this email by mistake (from the subject matter or address information or otherwise), please note that any review, dissemination, disclosure, alteration, printing, copying or transmission of this e-mail or any file enclosed is prohibited by law. If this message has been received by mistake, please immediately notify us via by returning the e-mail and delete it.*

---------------------------------------------

20/08/2020 9:20



**ADMINISTRACION DE JUSTICIA**

## JUZGADO CENTRAL DE INSTRUCCION Nº 005
MADRID

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
**NIG:** 28079 27 2 2019 0001946
GUB11

DILIGENCIAS PREVIAS PROC. ABREVIADO 0003291 /2019

**DILIGENCIA.-** En Madrid a 31 de julio de 2020. La extiendo yo el letrado de la Administración de Justicia para hacer constar que en el día de la fecha se remiten a través del Ministerio dos CRI acordadas librar en el marco del procedimiento a las Autoridades de Australia y EEUU. De todo lo cual doy fe.

EL LETRADO DE LA ADMINISTRACION DE JUSTICIA

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556                23-09-2022
MARÍA DE VILLANUEVA FERRER (1.583)                              13/28     12:00

```
JUZGADO CENTRAL INSTRUCCIÓN N. 5                                                     Fecha:
JDO. CENTRAL INSTRUCCION N. 5                                                        Hora:   12:00
MADRID (MADRID)                                      M_P922514          Página: 1   Usuario: ju352201
```

```
 Número: DPA 0003291/2019     Acto: 28079270050000001707/2021              Fecha Acto: 22/02/2021

 Acontecimiento: 001528      Fecha: 22/02/2021   Trámite: 99985  ADJUNTAR ACONTECIMIENTO EXTERNO
                             CRI REINO UNIDO 04.02.2021.PDF

SALIDA 28079270050000001668 TELEMATICA - LEXNET               Estado: Aceptada     Fecha Estado: 23/02/2021

        DESTINO:  INSTITUCIONES    MINJUS - S.G. DE COOPERACION JURIDICA INTERNACIONAL
                  (REPRESENTANTES
                  )

                  FECHA ELABORACIÓN Y PASE A FIRMA............:    22/02/2021    13:58:43
                  FECHA DE ENVIO .............................:    22/02/2021    14:08:36
                  FECHA DE RECEPCIÓN EN DESTINO...............:    22/02/2021    14:08:36
                  FECHA DE RETIRADA POR DESTINATARIO..........:    23/02/2021    10:18:47
                  FECHA DE CANCELACION........................:


                  Intervinientes:  MINJUS - S.G. DE COOPERACION JURIDICA INTERNACIONA
```

# Documentos Adjuntos

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556    23-09-2022
MARÍA DE VILLANUEVA FERRER (11589)                    14/28



ADMINISTRACION
DE JUSTICIA

## JUZGADO CENTRAL DE INSTRUCCION Nº 005
MADRID

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
**NIG:** 28079 27 2 2019 0001946
GUB11

DILIGENCIAS PREVIAS PROC. ABREVIADO 0003291 /2019
Pieza separada de datos personales

**DILIGENCIA. -**   En Madrid a 19 de agosto de 2020. La extiendo yo el letrado de la Administración de Justicia para hacer constar que las CRI a EEUU y Australia fueron remitidas por correo electrónico al Ministerio de Justicia el día 31.07.2020 acusando recibo con las siguientes referencias: 1153/2020-CAP  y 1157/20202-CAP respectivamente. De todo lo cual doy fe.

EL LETRADO DE LA ADMINISTRACION DE JUSTICIA

```
JUZGADO CENTRAL INSTRUCCION N. 5           MARIA DE VILLANUEVA FERRER (15689)
JDO. CENTRAL INSTRUCCION N. 5
MADRID (MADRID)                                      M_P922514          Página: 1   Usuario: ju352201
```

Número: DPA 0003291/2019    Acto: 28079270050000007194/2021            Fecha Acto: 13/07/2021

Acontecimiento: 002257      Fecha: 13/07/2021   Trámite: 99998  TRAMITE LIBRE
                OFICIO SUBDIRECCION COOP JURIDICA INTERNACIONAL SOBRE CRI REINO UNIDO

SALIDA 28079270050000007042 TELEMATICA - LEXNET            Estado: Aceptada    Fecha Estado: 15/07/2021

DESTINO:   INSTITUCIONES   COOPERACION JURIDICA INTERNACIONAL - COMISIONES ROGATORIAS
           (REPRESENTANTES
           )

           FECHA ELABORACIÓN Y PASE A FIRMA...........:  13/07/2021   12:35:47
           FECHA DE ENVIO ............................:  13/07/2021   12:40:49
           FECHA DE RECEPCIÓN EN DESTINO..............:  13/07/2021   12:40:43
           FECHA DE RETIRADA POR DESTINATARIO.........:  15/07/2021   09:33:20
           FECHA DE CANCELACION.......................:

           Intervinientes:  COOPERACION JURIDICA INTERNACIONAL - COMISIONES RO

## Documentos Adjuntos

```
1    CRI EN INGLES A REINO UNIDO SOBRE TESTIFICAL CRAIG MURRAY
2     CRI REINO UNIDO TESTIFICAL C. MURRAY
```

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARÍA DE VILLANUEVA FERRER (1.589)
23-09-2022
10/28
12:18

```
JUZGADO CENTRAL INSTRUCCION N. 1                                              M_P922514        Página: 1   Usuario: ju352201
JDO. CENTRAL INSTRUCCION N. 5
MADRID (MADRID)
```

Número: DPA 0003291/2019     Acto: 28079270050000006920/2021              Fecha Acto: 06/07/2021

Acontecimiento: 002232     Fecha: 06/07/2021   Trámite: 99998  TRAMITE LIBRE
                           OFICIO SUBDIRECCION MINISTERIO REITERANDO CUMPLIMIENTO CRI EEUU

SALIDA 28079270050000006780 TELEMATICA - LEXNET              Estado: Aceptada     Fecha Estado: 07/07/2021

DESTINO:  INSTITUCIONES    COOPERACION JURIDICA INTERNACIONAL - COMISIONES ROGATORIAS
          (REPRESENTANTES
          )

          FECHA ELABORACIÓN Y PASE A FIRMA............:   06/07/2021    13:55:48
          FECHA DE ENVIO .............................:   06/07/2021    14:06:07
          FECHA DE RECEPCIÓN EN DESTINO...............:   06/07/2021    14:06:04
          FECHA DE RETIRADA POR DESTINATARIO..........:   07/07/2021    17:56:21
          FECHA DE CANCELACION........................:


          Intervinientes:  COOPERACION JURIDICA INTERNACIONAL - COMISIONES RO

---

# Documentos Adjuntos

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARIA DE VILLANUEVA FERRER (1:569)
23-09-2022
17:28

2542



ADMINISTRACION
DE JUSTICIA

## JUZGADO CENTRAL DE INSTRUCCION Nº 005
MADRID

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86
**NIG:** 28079 27 2 2019 0001946
GUB11

DILIGENCIAS PREVIAS PROC. ABREVIADO 0003291 /2019

**DILIGENCIA**. - En Madrid 18 de septiembre de 2020. La extiendo yo el letrado de la Administración de Justicia para hacer constar que en el día de la fecha se procede a remitir por correo electrónico la información requerida por las autoridades judiciales de EEUU en relación a la CRI para la toma de testificales por videoconferencia , así mismo se procede a remitir la OEI a Italia una vez recibida la traducción al italiano al Procura della Reppublica presso Il tribunales di Perugia . De todo lo cual doy fe.

EL LETRADO DE LA ADMINISTRACION DE JUSTICIA

1

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARÍA DE VILLANUEVA FERRER (11569)
23-09-2022
18/28

2583



ADMINISTRACION
DE JUSTICIA

**JUZGADO CENTRAL DE INSTRUCCION Nº 005
MADRID**

C/GARCIA GUTIÉRREZ S/N
Teléfono: 91 709 64 78
Fax: 91 709 64 86

**DILIGENCIAS PREVIAS PROC. ABREVIADO 0003291 /2019 d
Su referencia: DOJ. Nº CRM-182-74328**

En contestación a las autoridades norteamericanas en relación con la ampliación de información solicitada en los siguientes términos, insistiendo en el interés en que se ejecute a la mayor brevedad posible el auxilio judicial internacional solicitado:

**"1.- ¿Cómo determinaron las autoridades españolas que las direcciones IP solicitadas fueron utilizadas por el servidor TFP de la compañía comercial UC GLOBAL entre el 16 y el 18 de enero de 2018? ¿Qué es el servidor TFP? Por favor, expliquen también la fuente de la información.**

Las autoridades españolas identificaron las direcciones IP solicitadas gracias a la información facilitada y aportada al procedimiento por un testigo protegido, empleado de la compañía UC GLOBAL.

**2.- Por favor, expliquen en más detalle cómo las autoridades españolas determinaron que Morales y su compañía de seguridad estuvieron involucrados en el espionaje de la Embajada de Ecuador y, específicamente, de Assange.**

Las autoridades españolas han determinado que **MORALES GUILLEN** y su compañía UC GLOBAL estuvieron involucrados en las actividades contra la intimidad de terceras personas y, específicamente, de ASSANGE, gracias a las siguientes evidencias:

- Material informático aportado por un testigo protegido, que incorpora correos electrónicos intercambiados entre **MORALES GUILLEN** y sus trabajadores con órdenes sobre la forma de realizar la grabación de las reuniones y grabaciones de las propias reuniones mantenidas por ASSANGE y otras personas
- Declaraciones efectuadas por el propio ASSANGE.
- Declaraciones testificales de testigos protegidos.

1



Case 1:22-cv-06913-JGK Document 20-3 Filed 11/29/22 Page 19 of 28

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
MARÍA DE VILLANUEVA FERRER (15689)

23-09-2022
13:28


2584

- Declaraciones testificales de empleados de la propia empresa UC GLOBAL que prestaron servicios en la Embajada de Ecuador en Reino Unido.

**3.- ¿A quién se cree que Morales estaba transfiriendo información? ¿Estaba trabajando para una un servicio de inteligencia extranjero? ¿Se cree que era un agente de otra potencia extranjera? ¿O es este simplemente un caso de soborno?**

A fecha de hoy, no hay certeza suficiente en la causa sobre el destinatario final de la información obtenida.

No consta que **MORALES GUILLEN** fuera un agente de una potencia extranjera No es simplemente un caso de soborno. Existen elementos que permiten pensar que, además de a autoridades en Ecuador, la información obtenida podría tener otra finalidad o ser entregada a terceras personas.

**4.- ¿Tienen las autoridades españolas alguna información de cuánto dinero Morales obtuvo por sus actividades? ¿Cuál era el propósito del espionaje? ¿Qué información tienen en relación al lavado de dinero? ¿Tienen sus movimientos bancarios, y hay alguna evidencia de lavado de dinero?**

No hay información sobre cuánto dinero obtuvo **MORALES GUILLEN** por sus actividades ilícitas.

No hay información específica acreditada sobre el propósito del espionaje.

La información aportada al procedimiento sobre actuaciones de lavado de dinero no se han confirmado por el momento y no constan evidencias formales sobre el particular. En todo caso, no tienen absolutamente nada que ver con las diligencias solicitadas a Estados Unidos.

**5.- ¿Se considera que Morales estaba empleado para llevar a cabo algún servicio público (funcionario), de forma que apliquen los artículos 424 y 427?**

**MORALES GUILLEN** no es ni ha sido en ningún momento autoridad o funcionario público.

Existen indicios de que **MORALES GUILLEN**, como particular, pudo entregar cantidades a una autoridad o funcionario público ecuatoriano.

2



**6.- ¿Cuál es la fuente de las siguientes afirmaciones y el marco temporal de las acciones de las que se habla?:**

Las actividades presuntamente ilícitas de **MORALES GUILLEN** se produjeron entre diciembre de 2015 y mediados de 2018. Durante este período, la seguridad de la Embajada de Ecuador en Londres fue confiada a la empresa española UNDERCOVER GLOBAL (UC GLOBAL), administrada y dirigida por David **MORALES GUILLÉN**, gerente y máxima autoridad de esta.

Todos los hechos que se afirman en la pregunta se corresponden con este marco temporal.

La fuente de estas afirmaciones es, nuevamente, la siguiente:

- Material informático aportado por un testigo protegido, que incorpora correos electrónicos intercambiados entre MORALES GUILLEN y sus trabajadores con órdenes sobre la forma de realizar la grabación de las reuniones y grabaciones de las propias reuniones mantenidas por ASSANGE y otras personas
- Declaraciones efectuadas por el propio ASSANGE.
- Declaraciones testificales de testigos protegidos.
- Declaraciones testificales de empleados de la propia empresa UC GLOBAL que prestaron servicios en la Embajada de Ecuador en Reino Unido.

**7.- ¿Es Morales conocedor de la investigación española? ¿Le han interrogado las autoridades? ¿Proporcionó alguna declaración y, si es así, pueden ofrecer un breve resumen de sus declaraciones?**

**MORALES GUILLEN** es pleno conocedor de la investigación española.

Ha prestado declaración en la misma, tiene defensa letrada y pleno acceso a su contenido completo.

**MORALES GUILLEN** admite ser el administrador de UC GLOBAL. Admite la existencia del contrato de seguridad de su empresa con el SENAIN (*Servicio Nacional de Inteligencia de Ecuador*). Admite que el personal de su empresa, bajo su dirección y mando, prestaron los servicios de seguridad y vigilancia en la Embajada de Reino Unido en Ecuador. Admite que las reuniones y conversaciones de ASSANGE con terceras personas (diplomáticos, abogados,

3



2586

periodistas, etc.) fueron grabadas por los equipos de seguridad de UC GLOBAL. Niega, sin embargo, que se hiciera con desconocimiento de las autoridades de la Embajada de Ecuador en Reino Unido y del propio ASSANGE, y niega la apropiación y utilización ilícita de esta información.

**8.- ¿Requieren las autoridades españolas tratamiento de confidencialidad? Por favor, tengan en cuenta que normalmente en una investigación como esta podemos pedir que los documentos del tribunal sean sellados. Por otro lado, si el sospechoso conoce la investigación, probablemente no podremos pedir una orden de confidencialidad [non-disclosure order] (NDO). Sin una NDO el proveedor podría avisar al usuario de la cuenta. ¿Están de acuerdo las autoridades españolas con esto? Si el sospechoso no sabe de la investigación, entonces podemos también obtener una NDO.**

Las autoridades españolas no requieren tratamiento de confidencialidad.

**9.- ¿Cuál es el marco temporal para el cual las autoridades españolas buscan datos? ¿Sólo entre el 16-18 de enero de 2018? Normalmente, para direcciones IP necesitamos proporcionar un registro temporal de fecha y hora en UTC. ¿Tienen las autoridades españolas registros temporales para cada una de las IP?**

El marco temporal de las IP es el recogido en la petición de cooperación internacional.

La información disponible es la incluida en la propia comisión rogatoria internacional".

En Madrid a 24 de septiembre de 2020

Magistrado-Juez
Fdo. José de la Mata Amaya

4

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556    23-09-2022
MARIA DE VILLANUEVA FERRER (11.589)

2587 

**JUZGADO CENTRAL DE INSTRUCCION Nº 005 [Central Investigative Court]**
**MADRID**

C/GARCIA GUTIÉRREZ S/N
Telephone: 91 709 64 78
Fax: 91 709 64 86

**DILIGENCIAS PREVIAS PROC. ABREVIADO 0003291 /2019   d [pre-trial investigations, abridged proceedings]**
**Your reference: DOJ. Nº CRM-182-74328**

In response to the American authorities requesting further information, we want to stress our interest in the swift execution of the request for international judicial assistance:

**"1. How did the Spanish authorities establish that the requested IP addresses were used by the TFP server that belonged to the company UC Global between January 16th and January 18th 2018? What is a TFP server? Please explain the source of information.**

The Spanish authorities identified the requested IP-addresses thanks to the information provided by a protected witness, an employee of UC GLOBAL.

**2. Please explain in more detail how the Spanish authorities established that Morales and his security company were involved in the espionage of the Ecuadorian Embassy and, specifically, of Assange.**

The Spanish authorities have established that **MORALES GUILLEN** and his company UC GLOBAL were involved in activities against the privacy of third parties and, specifically, of ASSANGE, based on the following evidence:

- Computer material provided by a protected witness, which includes emails exchanged between **MORALES GUILLEN** and his staff on how to record their meetings and the meetings held by ASSANGE and others.
- Statements made by ASSANGE himself.
- Witness statements made by the protected witnesses.
- Witness statements made by employees of the company UC GLOBAL, which rendered services to the Embassy of Ecuador in the United Kingdom.

1

**3. Who do you think was the recipient of the information sent by Morales? Was he working for a foreign intelligence service? Do you believe that he was an agent working for a foreign power? O was this just a case of bribery?**

To this day, there is not enough certainty about the final recipient of the information.

There is no evidence that **MORALES GUILLÉN** was an agent working for a foreign power. This is not just a case of bribery. Some elements suggest that, in addition to authorities in Ecuador, the information obtained might have another purpose or be given to third parties.

**4. Do the Spanish authorities have any information regarding how much money Morales received for his activities? What was the purpose of the espionage? What information do you have regarding the money laundering? Do you have their banking movements and is there any evidence of money laundering?**

We have no information as to how much money **MORALES GUILLEN** obtained for his illegal activities.

We have no accurate information about the purpose of the espionage activities.

The information brought to the proceedings regarding money laundering activities has not been confirmed yet and no formal evidence has been found in this respect. In any case, they have no connection to the measures requested to the USA.

**5. Is Morales considered to be employed to carry out a public service (civil servant) so that sections 424 and 427 apply?**

**MORALES GUILLEN** is not and has never been at any time an authority or a civil servant.

There are indications that MORALES GUILLEN, as a private person, has paid money to an Ecuadorian authority or civil servant.

**6.- Please indicate the source of the following statements and the time frame of the actions discussed?**

2

The alleged illegal activities committed by **MORALES GUILLÉN** were carried out between December 2015 and mid-2018. During this period, the security of the Embassy of Ecuador in London was entrusted to the Spanish company UNDERCOVER GLOBAL (UC GLOBAL), managed and directed by David **MORALES GUILLÉN**, its manager and highest authority.

The facts stated in the question fall within this time frame.

The source of these statements is, again, the following:

-   Computer material provided by a protected witness, including emails exchanged between **MORALES GUILLEN** and his workers on how to record their meetings and the meetings held by ASSANGE and others.
-   Statements made by ASSANGE himself.
-   Witness statements made by the protected witnesses.
-   Witness statements made by employees of the company UC GLOBAL, which rendered services to the Embassy of Ecuador in the United Kingdom.

**7. Is Morales aware of the Spanish investigations? Has he been questioned by the authorities? Has he given any statement and, in this case, could you please provide a brief summary of his statements?**

**MORALES GUILLÉN** is completely aware of the Spanish investigations.

He has given evidence in the proceeding, has legal counsel and full access to its content.

**MORALES GUILLEN** admits to being the manager of UC GLOBAL. He admits that his company had signed a security contract with SENAIN (National Intelligence Service in Ecuador). He admits that his staff rendered security and surveillance services for the Embassy of the United Kingdom in Ecuador. He admits that the meetings and conversations between ASSANGE and third parties (diplomats, lawyers, journalists, etc.) were recorded by UC GLOBAL's security devices. He denies, though, that this was made without the knowledge of the Embassy of Ecuador in the United Kingdom or ASSANGE himself and denies that the information was gathered and used illegally.

3

8. Do the Spanish authorities require confidentiality treatment? Please note that usually in investigations like this we may request that the court documents be sealed. On the other hand, if the suspect is aware of the investigations, it will probably not be possible to request a non-disclosure order (NDO). Without an NDO, the provider could notify the user of the account. Do the Spanish authorities agree to this? If the suspect is unaware of the investigation, we will be able to provide an NDO.

The Spanish authorities do not require a confidentiality agreement.

9.- Please state the time frame for which the Spanish authorities are seeking data? Only for the period between January 16th 2018 to January 18th 2018? Usually, for IP-addresses we need to provide a time registry in UTC. Do the Spanish authorities have a time registry for each of the IPs?

The time frame for the IPs is the one stated in the request for international cooperation.

The available information is included in the International Letter of Request.

Madrid, on September 24th 2020

The Judge
Signed: Jose de la Mata Amaya

4

NOTIFICACIÓN LEXNET by kmaleon : 202210520270556
23-09-2022

2591

## Documentos Adjuntos

JUZGADO CENTRAL INSTRUCCION
JDO. CENTRAL INSTRUCCION N. 5
MADRID (MADRID)

LIBRO DE ACTO DE COMUNICACIÓN

Fecha: 15/10/2020
Hora: 11:51
Página: 1    Usuario: ju352201

Número: DPA 0003291/2019

Acto: 28079272005000006705/2020 NOTIFICACION

Acontecimiento: 001170         Fecha: 15/10/2020   Trámite: 99985   Fecha Acto: 15/10/2020
                CONTESTACION CRI SEGU NE CRM-182-74328.PDF

SALIDA 28079270050000006546 TELEMATICA LEXNET

DESTINO:  INSTITUCIONES     MINJUS - S.G. DE COOPERACION JURIDICA INTERNACIONAL
          (REPRESENTANTES                 Estado: RECIBIDA
          )                               Fecha Estado: 15/10/2020

FECHA ELABORACION Y PASE A FIRMA......:
FECHA DE ENVIO........................: 15/10/2020   11:19:17
FECHA DE RECEPCION EN DESTINO.........: 15/10/2020   11:21:46
FECHA DE RETIRADA POR DESTINATARIO....: 15/10/2020   11:21:46
FECHA DE CANCELACION..................:

Intervinientes: MINJUS - S.G. DE COOPERACION JURIDICA INTERNACIONA

NOTIFICACIÓNLEXNET by lexmásica > 202210520270556
MARÍA DE VILLANUEVA FERRER [1509]
Case 1:22-cv-06913-JGK   Document 20-3   Filed 11/29/22   Page 27 of 28
23-09-2022
27/28




**Mensaje LexNET - Notificación**                                        **Fecha Generación: 22/09/2022 14:29**

Mensaje

| IdLexNet | 202210520270556 | |
|---|---|---|
| Asunto | Comunicación del Acontecimiento 3563:  DILIGENCIA DE ENTREGA DE DOCUMENTACION REPRE. ASSANGE , ESCRI | |
| Remitente | Órgano | JDO. CENTRAL INSTRUCCION N. 5 de Madrid, Madrid [2807927005] |
| | Tipo de órgano | JUZGADO CENTRAL INSTRUCCIÓN |
| | Oficina de registro | OF. REGISTRO Y REPARTO JDOS. CENTRALES INSTRUCCION [2807927000] |
| Destinatarios | ARAGON SEGURA, VIRGINIA [1040] | |
| | Colegio de Procuradores | Ilustre Colegio de Procuradores de Madrid |
| | VILLANUEVA FERRER, MARIA DE [1509] | |
| | Colegio de Procuradores | Ilustre Colegio de Procuradores de Madrid |
| | CALOTO CARPINTERO, JUAN MANUEL [648] | |
| | Colegio de Procuradores | Ilustre Colegio de Procuradores de Madrid |
| | GRANADOS BRAVO, LUIS FERNANDO [260] | |
| | Colegio de Procuradores | Ilustre Colegio de Procuradores de Madrid |
| | ANAYA GARCIA, FERNANDO [1193] | |
| | Colegio de Procuradores | Ilustre Colegio de Procuradores de Madrid |
| | GARCÍA PÉREZ, FERNANDO [1845] | |
| | Colegio de Abogados | Il·lustre Col·legi d'Advocats de Tarragona |
| | GOMEZ SANTOS, JAVIER [2428] | |
| | Colegio de Procuradores | Ilustre Colegio de Procuradores de Madrid |
| | CASTRO MARTIN, ANTONIO MANUEL [6] | |
| | Colegio de Procuradores | Ilustre Colegio de Procuradores de Jerez |
| Fecha-hora envío | 22/09/2022 13:38:35 | |
| Documentos | 2807927005220220000012214 3.pdf (Principal) | Descripción: DILIGENCIA DE ENTREGA DE DOCUMENTACION REPRE. ASS Hash del Documento: ae594519aaa951428634d466b07fcea7c6a04a33e78db05467e8d49a854dd4e1 |
| | 2807927005220220000012323 4.ZIP (Anexo) | Descripción: DOCUMENTACION A ENTREGAR CON DILIGENCIA 21.09.22.ZIP Hash del Documento: 9777b1b2faeb87dddb93a4c15436a843ac808eec7238fb7903b289cd7394ecb7 |
| Datos del mensaje | Procedimiento destino | DILIGENCIAS PREVIAS PROC. ABREVIADO Nº 0003291/2019 |
| | Detalle de acontecimiento | DILIGENCIA DE ENTREGA DE DOCUMENTACION REPRE. ASS |
| | NIG | 2807927220190001946 |

Historia del mensaje

| Fecha-hora | Emisor de acción | Acción | Destinatario de acción |
|---|---|---|---|
| 22/09/2022 14:28:57 | VILLANUEVA FERRER, MARIA DE [1509]-Ilustre Colegio de Procuradores de Madrid | LO RECOGE | |
| 22/09/2022 13:45:26 | Ilustre Colegio de Procuradores de Madrid (Madrid) | LO REPARTE A | VILLANUEVA FERRER, MARIA DE [1509]-Ilustre Colegio de Procuradores de Madrid |

(*) Todas las horas referidas por LexNET son de ámbito Peninsular.