AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Margaret Ratner Kunstler et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-6913 (JGK) |
| Central Intelligence Agency et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Central Intelligence Agency and Michael R. Pompeo.

Date:   12/08/2022

s/Jean-David Barnea
*Attorney's signature*

Jean-David Barnea
*Printed name and bar number*

U.S. Attorney's Office, Southern Dist. of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

*Address*

Jean-David.Barnea@usdoj.gov
*E-mail address*

(212) 637-2679
*Telephone number*

(212) 637-2616
*FAX number*