```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| MARGARET RATNER KUNSTLER, ET AL., | 22-cv-6913 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| CENTRAL INTELLIGENCE AGENCY, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The parties are directed to appear by telephone on **January 20, 2023 at 2:00 p.m.** for a pre-motion conference regarding the defendant's anticipated motion to dismiss.

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.
Dated:   New York, New York
         January 13, 2023

_____
John G. Koeltl
United States District Judge