```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

MARGARET RATNER KUNSTLER, ET AL.,

                Plaintiffs,          22-cv-6913 (JGK)

     - against -                ORDER

CENTRAL INTELLIGENCE AGENCY, ET AL.,

                Defendants.

------------------------------------------------------------

     The plaintiffs may file an amended complaint by **January 27, 2023**. The time for the defendants to move or answer with respect to either the complaint or the amended complaint is **February 17, 2023**. The time for the plaintiffs to respond to any motion to dismiss is **March 10, 2023**. The time for the defendants to reply is **March 17, 2023**.

     If the defendants answer, the parties should submit a Rule 26(f) report by **March 10, 2023**. If the defendants move to dismiss, no further pre-motion conference is necessary.

SO ORDERED.

Dated:    New York, New York
          January 20, 2023

                                          John G. Koeltl
                                     United States District Judge