UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET RATNER KUNSTLER, ET AL.,

                Plaintiffs,          22-cv-6913 (JGK)

      - against -                    ORDER

CENTRAL INTELLIGENCE AGENCY, ET AL.,

                Defendants.

---

On November 29, 2022, defendants Davis Morales Guillen and Undercover Global S.L. responded to the plaintiffs' complaint with a submission that appeared to be signed only by foreign counsel. Accordingly, on December 8, 2022, the Court directed those defendants to obtain local counsel and to ensure that such local counsel filed a notice of appearance and, if necessary, an application for admission pro hac vice on or before January 30, 2023. See ECF No. 21. The Court also directed those defendants to submit a letter, with local counsel's assistance, indicating whether the November 29, 2022 submission was intended as an answer to the complaint or a motion to dismiss. Id. That letter was due no later than February 10, 2023.

To date, there has not been any appearance by local counsel for Mr. Guillen or for Undercover Global S.L., and the requested letter was never filed. The Court notes, as it did in its prior Order, that Mr. Guillen may proceed pro se, but that Undercover Global S.L., as a corporate defendant, must appear by counsel.

The time for Mr. Guillen and Undercover Global S.L. to retain local counsel is extended to **March 21, 2023**. Local counsel should file a notice of appearance and, if needed, an application for admission pro hac vice by that date.

By **April 7, 2023**, local counsel for Mr. Guillen and for Undercover Global S.L. (or for only Undercover Global S.L., in the event Mr. Guillen chooses to proceed pro se) should file a letter indicating whether the November 29, 2022 submission (ECF No. 20) was intended as an answer or as a motion to dismiss. If local counsel wishes to file a new responsive pleading or motion, local counsel may request an opportunity to do so in that letter. If Mr. Guillen chooses to proceed pro se, he should file his own letter meeting the same requirements by the same deadline.

The plaintiffs are directed to serve a copy of this Order and of the Court's December 8, 2022 Order (ECF No. 21) on both Mr. Guillen and Undercover Global S.L. and to file proof of such service on the docket by **March 3, 2023**.

**SO ORDERED.**

Dated:   New York, New York
         February 21, 2023

_____
John G. Koeltl
United States District Judge