UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARGARET RATNER KUNSTLER, DEBORAH HRBEK, JOHN GOETZ & CHARLES GLASS,

       Plaintiffs,

vs.

CENTRAL INTELLIGENCE AGENCY, MICHAEL R. POMPEO, DAVID MORALES GUILLEN and UNDERCOVER GLOBAL S.L.,

       Defendants.

------------------------------------------------------------------x

Civil Action No. 22-cv-6913

**AFFIRMATION OF SERVICE**

  BRIAN S. LEVENSON, an attorney duly admitted to practice law before the Courts of this State and the Southern District of New York, aware of the penalties for perjury, hereby affirms that the following statements are true:

  1.  I am not a party to this action. I am over 18 years of age and reside in New York, NY.

  2.  On March 1, 2023, I served copies of the orders at ECF 21 and ECF 30 (the "Orders") on defendants David Guillen Morales ("Morales") and Undercover Global S.L., ("UC Global) by placing copies of the Orders in an envelope in the custody and care of Fedex for International Priority shipment, and addressed as follows:

> David Guillen Morales
> Calle Padre Ruiz Candil
> Num. 28
> Jerez De la Frontera 11405
> **Tracking # 7714-1790-9695**
>
> UC Global S.L.
> Calle Cerrajeria
> Num 5
> Jerez De La Fronterra 11406
> **Tracking # 7714-1777-4400**

  3.  Copies of the Fedex shipping slips are annexed hereto as Exhibits 1 and 2. The Fedex envelopes are currently in transit and scheduled to be delivered on Friday, March 3, 2023.

4.      The addresses on the shipping slips in the FedEx envelopes are the same addresses Plaintiffs used to serve defendants Morales and UC Global with the Summons and Complaint in this action. ECF 18-19.

Dated:  New York, New York
        March 2, 2023

_____
Brian Levenson