

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 15, 2023

**BY ECF**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Kunstler et al. v. Central Intelligence Agency et al.*, No. 22 Civ. 6913 (JGK)

Dear Judge Koeltl:

    I write respectfully on behalf of defendants the Central Intelligence Agency ("CIA") and Michael R. Pompeo, the former Director of the CIA (together, the "Federal Defendants"), as well as the plaintiffs, to request an increase to the word limit in Section II.D of Your Honor's Individual Practices for the anticipated briefing on the Federal Defendants' motion to dismiss the plaintiffs' amended complaint, and to extend the time for Plaintiffs to respond to the Federal Defendants' opening brief and for the Federal Defendants' reply.

    The Court previously extended the briefing schedule such that the Federal Defendants' opening brief is due on Monday, March 20. ECF No. 29. The Federal Defendants intend to file their brief on that date, but request that the word limit for that brief be increased to 14,000 words, because they will make several independent arguments why the amended complaint should be dismissed, each of which relies on its own body of case law that must be discussed separately.

    Plaintiffs similarly request an increased word limit of 14,000 for their opposition brief, and that the deadline for it be pushed back to May 8, 2023, given their counsel's vacation schedule in April. And the Federal Defendants further request that their reply brief be due on May 30, 2023, and that their word limit be increased to 7,000 words.

    We thank the Court for its consideration of this request.

                                      Respectfully,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                By:    __s/Jean-David Barnea_____
                        JEAN-DAVID BARNEA
                        Assistant United States Attorney
                        Telephone: (212) 637-2679
                        Email: Jean-David.Barnea@usdoj.gov

cc: All parties (by ECF)