DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: JEAN-DAVID BARNEA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. (212) 637-2679
Email Jean-David.Barnea@usdoj.gov

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARGARET RATNER KUNSTLER, DEBORAH HRBEK, JOHN GOETZ and CHARLES GLASS, | No. 22 Civ. 6913 (JGK) |
| Plaintiffs, | |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, MICHAEL R. POMPEO, DAVID MORALES GUILLEN and UNDERCOVER GLOBAL S.L., | |
| Defendants. | |

### NOTICE OF THE MOTION TO DISMISS OF DEFENDANTS CENTRAL INTELLIGENCE AGENCY AND MICHAEL R. POMPEO

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendants the Central Intelligence Agency and Michael R. Pompeo, by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court to dismiss the claims against them in plaintiffs' amended complaint, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's operative scheduling order (ECF No. 33), plaintiffs' opposition shall be filed no later than May 8, 2023.

Dated:   New York, New York
         March 20, 2023

                                        DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

                     By:        s/Jean-David Barnea
                                          JEAN-DAVID BARNEA
                                          Assistant United States Attorney
                                          86 Chambers Street, 3rd Floor
                                          New York, NY 10007
                                          Tel. (212) 637-2679
                                          Email Jean-David.Barnea@usdoj.gov

TO:      Counsel for all parties (by ECF notification)