UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARGARET RATNER KUNSTLER, DEBORAH HRBEK, JOHN GOETZ & CHARLES GLASS,

                    Plaintiffs,

-against-

CENTRAL INTELLIGENCE AGENCY, MICHAEL R. POMPEO, DAVID MORALES GUILLEN and UNDERCOVER GLOBAL S.L.,

                    Defendants.

------------------------------------------------------------------x

Civil Action No. 22-cv-6913

**AFFIDAVIT FOR JUDGMENT BY DEFAULT**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

BRIAN LEVENSON, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and am associated with the firm of The Roth Law Firm, PLLC, attorneys for plaintiffs in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendant, Undercover Global, S.L. ("UC Global")

3. This is an action to recover compensatory and punitive damages against UC Global violations, under color of federal authority, of Plaintiffs' Fourth Amendment rights. ECF 1, ¶ 51, and to enjoin UC Global from using or revealing to any third party the content of private communications seized by UC Global. ECF 1, p. 12.

4. Jurisdiction of the subject matter of this action is based on federal question (Fourth Amendment violation) jurisdiction.

5. This action was commenced on August 15, 2022 by the filing of the complaint, and the filing of the summons on August 23, 2022. A copy of the summons and complaint was served on

defendant UC Global on November 4, 2022 by service on UC Global pursuant to the provisions of FRCP 4(f)(2)(C)(ii) by Fedex tracking number 7701 6191 9595 and proof of service by the Clerk of the Court, Ruby Krajick, was filed. The defendant UC Global has not answered the complaint and the time for the defendant UC Global to answer the complaint has expired. ECF 39, p. 2. ("Plaintiffs may move by order to show cause for default judgment against Undercover Global S.L.")

6. The disbursements sought to be taxed have been made in this action or will necessarily be made herein.

WHEREFORE, plaintiffs requests the entry of Default and the entry of the annexed Judgment against defendant UC Global.

Dated: New York, New York
June 29, 2023

_____
Brian Levenson

Sworn to before me this 29th
day of June, 2023.

_____
Notary Public

RICHARD ROTH
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02RO5075155
Qualified in Westchester County
Commission Expires March 31, 2023