UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARGARET RATNER KUNSTLER, et. al.

           **Plaintiff(s),**

           - against -

CENTRAL INTELLIGENCE AGENCY, et. al.

           **Defendant(s),**
------------------------------------------------------------X

22 Civ. 6913 (JGK)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 27, 2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Undercover Global, S.L. by personally serving Undercover Global, S.L. pursuant to FRCP 4(f)(2)(C)(ii) by Fedex, and proof of service was therefore filed on November 4, 2022, Doc. #(s) 19, 21, 39.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated: New York, New York**

           _____, 20___

                                                        **RUBY J. KRAJICK**
                                                            Clerk of Court

                                                By: _____
                                                            **Deputy Clerk**