UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET RATNER KUNSTLER, ET AL.,

                Plaintiffs,

- against -

CENTRAL INTELLIGENCE AGENCY, ET AL.,

                Defendants.

22-cv-6913 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    Defendants Central Intelligence Agency and Michael R. Pompeo are directed to submit courtesy copies of their fully briefed motion to dismiss. (ECF No. 34.)

**SO ORDERED.**

Dated:    New York, New York
            June 30, 2023

                                        John G. Koeltl
                                   United States District Judge