**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, ET AL.,

                Plaintiffs,

   - against -

UNDERCOVER GLOBAL S.L.,

               Defendants.
------------------------------------------------------------------x

22 – cv – 6913   (JGK)

**STATEMENT OF DAMAGES**

Principal amount sued for …………………………………………$ 1,000,000 (punitive)

Costs and Disbursements:

Filing fee (Complaint) ………………………………………………$405.00

Total (as of July 12, 2023) …………………………………………..$ 1,000,405.00

1