UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, DEBORAH     Civil Action No. 22-cv-6913
HRBEK, JOHN GOETZ & CHARLES GLASS,

                                                                                               **CLERKS' CERTIFICATE**
                          Plaintiffs,                   **OF DEFAULT**

              -against-

CENTRAL INTELLIGENCE AGENCY, MICHAEL R.
POMPEO, DAVID MORALES GUILLEN
and UNDERCOVER GLOBAL S.L.,

                         Defendants.
------------------------------------------------------------------x

       I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 15, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Undercover Global, S.L. by personally serving Undercover Global, S.L. pursuant to FRCP 4(f)(2)(C)(ii) by Fedex, and proof of service was therefore filed on November 4, 2022, Doc. # 19.  I further certify that the docket entries indicate that defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

       **An amended complaint was filed on January 27, 2023, Doc. # 27 but was not required to be served on defendant Undercover Global, S.L. pursuant to FRCP 5(a)(2) because defendant Undercover Global S.L. was already in default as of January 13, 2023, and the amended complaint did not assert any new cause of action against defendant Undercover Global, S.L.**

Dated: New York, New York

         _____, 2023                                                             RUBY J. KRAJICK
                                                                                Clerk of Court

                                                                                By: _____
                                                                                      Deputy Clerk