UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, ET AL.,             22 – cv – 6913   (JGK)

                Plaintiffs,                **ORDER TO SHOW CAUSE**

  -   against   -

CENTRAL INTELLIGENCE AGENCY, ET. AL.,

                Defendants.
-------------------------------------------------------------------x

Upon reviewing and filing the annexed Declaration of Brian Levenson, sworn to on July 14, 2023, the attached memorandum of law, exhibits and any other pleadings and filings in this matter, it is hereby:

**ORDERED**, the defendant Undercover Global S.L. ("Defendant") shall respond in writing to this Order to Show Cause for a default judgment by _____. If the Defendant fails to respond by that date, judgment may be entered against them and the defendant Undercover Global S.L. will have no trial. The plaintiff may reply by _____.

The plaintiff shall serve a copy of this Order to Show Cause by _____ and shall file proof of service by _____.

No personal appearances are required in connection with this Order to Show Cause.

Dated: July __, 2023                                            SO ORDERED.


                                                                                     _____

                                                                                     HON. JOHN G. KOELTL

                                                                                      UNITED STATES DISTRICT JUDGE