**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, ET AL.,

                    22 – cv – 6913   (JGK)

        Plaintiffs,

                    **STATEMENT OF DAMAGES**

-   against   -
-
UNDERCOVER GLOBAL S.L.,

        Defendants.
-------------------------------------------------------------------x


Principal amount sued for ……………………………………………$ 1,000,000 (punitive)

Costs and Disbursements:

Filing fee (Complaint) ………………………………………………………$405.00
Service of Complaint (Fedex) …………………………………………….$ 92.81

Total (as of July 14, 2023) ……………………………………………..$ 1,000,497.81

1