**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, ET AL.,

                     Plaintiffs,

    - against -

UNDERCOVER GLOBAL S.L.,

                     Defendants.
-------------------------------------------------------------------x

22 – cv – 6913   (JGK)

**STATEMENT OF DAMAGES**

Principal amount sued for ………………………………………………$ 1,000,000 (punitive)

Costs and Disbursements:

Filing fee (Complaint) ………………………………………………………$405.00
Service of Complaint (Fedex) …………………………………………….$ 92.81

Total (as of July 14, 2023) ……………………………………………..$ 1,000,497.81

1