UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARGARET RATNER KUNSTLER, ET AL.,         22 – cv – 6913  (JGK)

                Plaintiffs,         **ORDER TO SHOW CAUSE**

- against -

CENTRAL INTELLIGENCE AGENCY, ET. AL.,

                Defendants.
-----------------------------------------------------------------x

Upon reviewing and filing the annexed Declaration of Brian Levenson, sworn to on July 14, 2023, the attached memorandum of law, exhibits and any other pleadings and filings in this matter, it is hereby:

**ORDERED**, the defendant Undercover Global S.L. ("Defendant") shall respond in writing to this Order to Show Cause for a default judgment by 7/28/23. If the Defendant fails to respond by that date, judgment may be entered against them and the defendant Undercover Global S.L. will have no trial. The plaintiff may reply by 8/4/23.

The plaintiff shall serve a copy of this Order to Show Cause by 7/19/23 and shall file proof of service by 7/21/23.

No personal appearances are required in connection with this Order to Show Cause.

Dated: July 14, 2023                         SO ORDERED.

                                                                      _____
                                                                    HON. JOHN G. KOELTL
                                                                    UNITED STATES DISTRICT JUDGE