UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARGARET RATNER KUNSTLER, DEBORAH HRBEK, JOHN GOETZ & CHARLES GLASS,

                Plaintiffs,

-against-

CENTRAL INTELLIGENCE AGENCY, MICHAEL R. POMPEO, DAVID MORALES GUILLEN and UNDERCOVER GLOBAL S.L.,

                Defendants.

------------------------------------------------------------------x

Civil Action No. 22-cv-6913

**CLERKS' CERTIFICATE OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on August 15, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) David Morales Guillen by personally serving David Morales Guillen pursuant to FRCP 4(f)(2)(C)(ii) by Fedex, and proof of service was therefore filed on November 4, 2022, Doc. # 18.  I further certify that the docket entries indicate that defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

      **An amended complaint was filed on January 27, 2023, Doc. # 27 but was not required to be served on defendant David Morales Guillen pursuant to FRCP 5(a)(2) because defendant David Morales Guillen was already in default as of January 13, 2023, and the amended complaint did not assert any new cause of action against defendant Undercover Global, S.L.**

Dated: New York, New York

      _____, 2023                                             RUBY J. KRAJICK
                                                                      Clerk of Court

                                                                  By: _____
                                                                            Deputy Clerk