UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, ET AL.,       22 – cv – 6913   (JGK)

                Plaintiffs,                **ORDER TO SHOW CAUSE**

  -   against   -

CENTRAL INTELLIGENCE AGENCY, ET. AL.,

                Defendants.
-------------------------------------------------------------------x

Upon reviewing and filing the annexed Declaration of Brian Levenson, sworn to on August 10, 2023, the attached memorandum of law, exhibits and any other pleadings and filings in this matter, it is hereby:

**ORDERED**, the defendant David Morales Guillen ("Defendant") shall respond in writing to this Order to Show Cause for a default judgement by _____. If the Defendant fails to respond by that date, judgement may be entered against Defendant and Defendant will have no trial. The plaintiff may reply by _____.

The plaintiff shall serve a copy of this Order to Show Cause by _____ and shall file proof of service by _____.

No personal appearances are required in connection with this Order to Show Cause.

Dated: August __, 2023                        SO ORDERED.

                                                               _____

                                                                HON. JOHN G. KOELTL

                                                               UNITED STATES DISTRICT JUDGE