**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, ET AL.,

                      22 – cv – 6913   (JGK)

          Plaintiffs,

                      **STATEMENT OF DAMAGES**

  -  against  -
  -
CENTRAL INTELLIGENCE AGENCY, et. al.


                Defendants.
-------------------------------------------------------------------x


Principal amount sued for ……………………………………………$ 1,000,000 (punitive)

Costs and Disbursements:

Filing fee (Complaint) ……………………………………………………$402.00
Service of Complaint (Fedex) ……………………………………………$ 92.81

Total (as of August 10, 2023) …………………………………………..$ 1,000,497.81

1