UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, ET AL.,

                Plaintiffs,

- against -

CENTRAL INTELLIGENCE AGENCY, et. al.,

                Defendants.
------------------------------------------------------------------x

22 – cv – 6913   (JGK)

**ORDER OF
DEFAULT JUDGMENT**

## DEFAULT JUDGMENT

This action having been commenced on August 15, 2022, with the filing of the Complaint (ECF 1) and a copy of the Summons and Complaint having been served on Defendant David Morales Guillen ("Defendant") on November 4, 2022 and proof of service having been filed on November 4, 2022 (ECF 18) and the Defendant having failed to answer the Complaint, and the time for answering both the Complaint having expired, it is:

ORDERED, ADJUDGED AND DECREED: That Plaintiffs Margaret Ratner Kunstler, Deborah Hrbek, John Goetz, and Charles Glass shall have judgment against Defendant for $1 million in punitive damages and enjoining Defendant from utilizing or revealing to any third party the content of Plaintiffs' communications seized by Defendant as set forth in Plaintiff's Complaint.

SO ORDERED

By: _____
John G. Koeltl
United States District Judge

1