UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, DEBORAH     22-cv-6913 (JGK)
HRBEK, JOHN GOETZ & CHARLES GLASS,
                                      **AFFIRMATION OF**
                  Plaintiffs,         **SERVICE**

      v.

CENTRAL INTELLIGENCE AGENCY, MICHAEL R.
POMPEO, DAVID MORALES GUILLEN
and UNDERCOVER GLOBAL S.L.,

                  Defendants.
------------------------------------------------------------------x

BRIAN S. LEVENSON, an attorney duly admitted to practice law before the Courts of this State and the Southern District of New York, aware of the penalties for perjury, hereby affirms that the following statements are true:

1. I am not a party to this action. I am over 18 years of age and reside in New York, NY.

2. On August 17, 2023, I served copies of the Order to Show Cause (ECF 67), the Declaration of Brian Levenson with Exhibits 1 Statement of Damages and Exhibit 2 Clerk's Certificate of Default (ECF 64, 64-1, 64-2), memorandum of law (ECF 65), and proposed default judgment (ECF 66) on defendant David Guillen Morales by placing copies of the Order in an envelope in the custody and care of Fedex for International Priority shipment, and addressed as follows:

> David Guillen Morales
> Calle Padre Ruiz Candil
> Num. 28
> Jerez De la Frontera 11405
> **Tracking # 7730 8385 4584**

3. On August 17, 2023, I also served the same Order to Show Cause documents concerning defendant David Morales Guillen's default, (ECF 64, 64-1, 64-2, 65, 66) along with the documents concerning defendant Undercover Global S.L's default, including the Order to Show Cause (ECF 56), the Declaration of Brian Levenson with Exhibits 1 Statement of Damages and Exhibit 2 Clerk's Certificate of

Default (ECF 53, 53-1, 53-2), memorandum of law (ECF 54), and proposed default judgment (ECF 55), along with the Court's Orders at Dkt. Nos. 21, 30, 39, on Fernando Garcia Perez, the attorney in Spain identified in defendants, Daid Morales Guillen and Undercover Global S.L.'s, Letter to the Court at Dkt. No. 20 (the "Defendants' Letter") by placing copies of the Order in an envelope in the custody and care of Fedex for International Priority shipment, and addressed as follows:

> Fernando Garcia Perez
> c/o Pau Claris 2 Bajos
> Tarragona, Spain 43005
> **Tracking # 7730 8398 8060**

3. While no address for Mr. Perez is provided in the Letter, a google search for Mr. Perez in Tarragona, Spain identified this address. See https://www.elabogado.com/abogados/fernando-garcia-perez/#map-section. Copies of the Fedex shipping slips are annexed hereto as Exhibits 1 and 2. The Fedex envelopes are currently in transit and scheduled to be delivered on Monday August 21, 2023.

Dated: New York, New York
August 17, 2023

_____
Brian Levenson