

Augsut 17, 2023

**VIA ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, 14A
New York, NY 10007-1312

Re: ***Kunstler, Hrbek, Goetz and Glass v. The Central Intelligence Agency, Pompeo, Morales and Undercover Global S.L.*, 22 Cv. 6913**

Dear Judge Koeltl:

We represent plaintiffs Kunstler, Hrbek, Goetz and Glass (collectively, "Plaintiffs") in this action against the Central Intelligence Agency ("CIA"), Mike Pompeo ("Pompeo"), Undercover Global, S.L. ("UC Global") and David Morales Guillen ("Morales") (UC Global and Morales are referred to herein as the "Spanish Defendants").

We are writing to inform the Court that on August 15, 2023, FedEx returned two envelopes to our office that were addressed to the Spanish Defendants containing the Order to Show Cause concerning UC Global's default at Docket Nos. 54-56 as undelivered.

We previously informed the Court that other Orders that Plaintiffs attempted to serve at the same addresses originally used to serve the Spanish Defendants had been returned as undelivered by Fedex. See Pl. Letter at Dkt. No. 58.

In order to ensure that the Spanish Defendants receive the Orders to Show Cause concerning the Spanish Defendants' defaults, we have now sent these documents (Dkt. Nos. 53-56, 64-67) by Fedex, to Fernando Garcia Perez, the attorney in Spain who submitted a letter to the Court on the Spanish Defendants' behalf on November 29, 2022. Dtk. No. 20.

We thank the Court for its attention to this matter.

Respectfully submitted,

Richard A. Roth, Esq.