UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET RATNER KUNSTLER, ET AL.,          22-cv-6913 (JGK)

        Plaintiffs,                    ORDER

    - against -

CENTRAL INTELLIGENCE AGENCY, ET AL.,

        Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for oral argument with respect to the motion to dismiss on **November 16, 2023**, at **2:30 p.m**, in Courtroom 14A, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    New York, New York
          October 30, 2023

                                      John G. Koeltl
                             United States District Judge