UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET RATNER KUNSTLER, ET AL.,                22-cv-6913 (JGK)

          Plaintiffs,                          ORDER

- against -

CENTRAL INTELLIGENCE AGENCY, ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

    As discussed at the oral argument today, the plaintiffs are directed to submit a letter amending the allegations in the complaint regarding the search and seizure of the contents of the electronic devices by **November 30, 2023**. The Government may respond by **December 8, 2023**. The plaintiffs may reply by **December 13, 2023**.

SO ORDERED.

Dated:    New York, New York
           November 16, 2023

                                        John G. Koeltl
                                    United States District Judge