

December 13, 2023

**VIA ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, 14A
New York, NY 10007-1312

Re:   *Margaret Ratner Kunstler, et. al. v. Central Intelligence Agency, et. al.*, 22 Cv. 6913 //
      Letter Amendment to Add New Paragraph 36A to the First Amended Complaint

Dear Judge Koeltl:

We represent Plaintiffs in the above-captioned action. We are writing in reply to the submission by defendants Central Intelligence Agency and Mike Pompeo (collectively, "Defendants") (Dkt. No. 74) in response to Plaintiffs' letter amendment adding Paragraph 36A to the First Amended Complaint. (Dkt. No. 73).

In light of the fact that Defendants have formally withdrawn their argument that the First Amended Complaint should be dismissed for failure to allege the absence of a search warrant or the unreasonableness of the search of Plaintiff's electronic devices, we respectfully ask the Court to deny Defendants' motion to dismiss in its entirety for the reasons we stated in the opposition brief and oral argument.

We thank the Court for its consideration.

Respectfully submitted,<br><br>Richard A. Roth, Esq.