UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET RATNER KUNSTLER, ET AL.,           22-cv-6913 (JGK)

                    Plaintiffs,             ORDER

        - against -

CENTRAL INTELLIGENCE AGENCY, ET AL.,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

January 16, 2024.

SO ORDERED.

Dated:    New York, New York
          December 19, 2023

                                    _____
                                         John G. Koeltl
                                    United States District Judge