DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: JEAN-DAVID BARNEA
    SARAH S. NORMAND
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. (212) 637-2679/2709
Email Jean-David.Barnea@usdoj.gov
    Sarah.Normand@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARGARET RATNER KUNSTLER,
DEBORAH HRBEK, JOHN GOETZ and
CHARLES GLASS,

                              Plaintiffs,

              v.                                    No. 22 Civ. 6913 (JGK)

CENTRAL INTELLIGENCE AGENCY,
MICHAEL R. POMPEO, DAVID
MORALES GUILLEN and UNDERCOVER
GLOBAL S.L.,

                              Defendants.

**NOTICE OF THE GOVERNMENT'S MOTION TO DISMISS PLAINTIFFS'**
**REMAINING CLAIM BASED ON THE STATE SECRETS PRIVILEGE AND**
**STATUTORY PRIVILEGES**

PLEASE TAKE NOTICE that, upon the accompanying (i) public, unclassified

declaration of Central Intelligence Agency ("CIA") Director William J. Burns, dated March 27,

2024, (ii) public, unclassified memorandum of law, (iii) *in camera*, *ex parte* classified

declaration of Director Burns, dated March 27, 2024, and (iv) *in camera*, *ex parte* supplemental

classified memorandum of law, defendant CIA, by its attorney, Damian Williams, United States

Attorney for the Southern District of New York, hereby moves this Court to dismiss the

remaining claim in this case based on the state secrets privilege and statutory privileges under the

National Security Act of 1947 and the Central Intelligence Act of 1949.

Dated:   New York, New York
         April 15, 2024

                                  DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York

By:      s/Jean-David Barnea
          JEAN-DAVID BARNEA
          SARAH S. NORMAND
          Assistant United States Attorneys
          86 Chambers Street, 3rd Floor
          New York, NY 10007
          Tel. (212) 637-2679/2709
          Email Jean-David.Barnea@usdoj.gov
                    Sarah.Normand@usdoj.gov

TO:    Counsel for all parties (by ECF notification)