DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By: JEAN-DAVID BARNEA
    SARAH S. NORMAND
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. (212) 637-2679/2709
Email Jean-David.Barnea@usdoj.gov
       Sarah.Normand@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARGARET RATNER KUNSTLER, DEBORAH HRBEK, JOHN GOETZ and CHARLES GLASS,<br><br>                              Plaintiffs,<br><br>             v.<br><br>CENTRAL INTELLIGENCE AGENCY, MICHAEL R. POMPEO, DAVID MORALES GUILLEN and UNDERCOVER GLOBAL S.L.,<br><br>                              Defendants. | No. 22 Civ. 6913 (JGK)<br><br>**NOTICE OF LODGING OF CLASSIFIED SUBMISSIONS** |

       Defendant Central Intelligence Agency (the "CIA") hereby provides notice that (i) the Classified, *In Camera*, *Ex Parte* Declaration of William J. Burns, Director of the CIA, dated March 27, 2024, and (ii) the *In Camera*, *Ex Parte* Classified Supplemental Memorandum of Law in Support of the CIA's Motion to Dismiss the Remaining Claim Based on the State Secrets Privilege and Statutory Privileges, dated April 15, 2024, have been lodged with Classified Information Security Officer Daniel Hartenstine, Litigation Security Group, U.S. Department of Justice, for secure transmission to the Court. These submissions are classified pursuant to

Executive Order 13526, 75 Fed. Reg. 707 (Jan. 5, 2010).  They are provided for the Court's review *in camera* and *ex parte* and cannot be disclosed without proper authorization.

Dated:   New York, New York
         April 15, 2024

                                      DAMIAN WILLIAMS
                                      United States Attorney for the
                                      Southern District of New York

                          By:     <u>     s/Jean-David Barnea          </u>
                                        JEAN-DAVID BARNEA
                                        SARAH S. NORMAND
                                        Assistant United States Attorneys
                                        86 Chambers Street, 3rd Floor
                                        New York, NY 10007
                                        Tel. (212) 637-2679/2709
                                        Email Jean-David.Barnea@usdoj.gov
                                                    Sarah.Normand@usdoj.gov

TO:   Counsel for all parties (by ECF notification)