PRIVILEGED AND CONFIDENTIAL – WITNESS 1

Affidavit presented before notary public

With this affidavit I make myself available to the justice system, with the aim of cooperating openly in relation to some events that I have information about and by their contents may reveal unlawful activities. I wish to express that at no point have I intended to commit nor am I aware of having committed any unlawful activities myself. That is why I wish to make myself available to the justice system to ask it for protection and be granted the status of a protected witness given that, with this decision which I have taken freely, my family and I are put at risk with the information and documentation I am providing.

I have decided to provide this detailed statement as a result of recent events, specifically the detention of Mr Assange and the revelation of a criminal prosecution in the United States against him. With the revelation of a criminal case against him in United States I have come to realize that some of the events that I witnessed are relevant. Therefore, due to the events that have occurred recently, the revelation of criminal prosecution against Mr Assange in United States, I considered it important to make Mr Assange's defence aware of the facts that I am aware of and I believe to be relevant to them.

UC Global is a company that does security consultancy and training, whose owner, administrator and director is David Morales. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

In reality UC Global started with meagre contracts and practically the sole contract was the one the company signed with the Government of Ecuador in October 2015.  The contract encompassed security services for the daughters of the then President of Ecuador, Rafael Correa, a second contract was signed soon with the Government of Ecuador to provide security to the Embassy of Ecuador in London.

The contract was awarded to UC Global due to the difficulties that Ecuadorian security personnel had to travel to the United Kingdom, where a visa is required and several weeks are required for it to be processed prior to each placement. UC Global on the other hand had employees with Spanish nationality – who were able to move freely and reside in the United Kingdom by virtue of their EU citizenship - meaning that our employees could travel to London unimpeded, reside in the UK and even travel to Ecuador when necessary.

Thus, and although I am not aware of all of the details – given the fact that David Morales managed the company entirely on his own - in order to win the embassy security contract, Morales made payments for commissions to the SENAIN authorities (Servicio National de Inteligencia de Ecuador) which was the entity in charge of approving the award of the security contract to a private security firm, in this case UC Global. While I am not aware of the full details – due to not having been involved in the day to day management – I heard on several occasions at our offices that SENAIN was paying for the services of the contract via a company located in Miami linked to an Ecuadorian

airline. Afterwards, according to David Morales, our company paid commission to a group of Ecuadorian lobbyists via tax havens located in Panama, although I have no further details.

Around July 2016, by which time UC Global was already providing security services under a contract with the Government of Ecuador in London, David Morales travelled to a security sector trade fair in Las Vegas, which I wished to accompany him on, but he insisted he had to travel alone. On this trip, Mr Morales showcased the company UC Global in the Las Vegas security sector trade fair. Due to the fact that the company had essentially a single contract, UC Global, via David Morales, exhibited at the US security trade fair as its principal merit being the company that was responsible for the security of the famous embassy.

After his initial travels to the Unites States, UC Global obtained a flashy contract, personally managed by David Morales, with the company Las Vegas Sands, which was owned by the tycoon Sheldon Adelson, whose proximity to Donald Trump is public knowledge (at the time Trump was the presidential candidate). The contract did not make sense because its purpose was to provide security to the luxury boat that belongs to Sheldon Adelson, the Queen Miri, when the boat entered the Mediterranean Sea. That is to say, the contract was to provide security to the luxury boat during the short period during which it found itself in Mediterranean waters. But the most striking thing about it was that the boat had its own security, which consisted of a sophisticated security detail, and that the contract consisted in adding an additional person, in this case, David Morales, for a very short period of time, through which David Morales would receive an elevated sum.

After returning from one of his trips to the United States, David Morales gathered all the workers in the office in Jerez and told us that "we have moved up and from now on we will be playing in the big league". During a private conversation with David, I asked him what he was referring to when he said we had moved up into "the big league". David replied, without going into further detail, that he had switched over to "the dark side" referring to cooperating with US authorities, and as a result of that collaboration "the Americans will get us contracts all over the world".

In addition to the new contract, after Morales's return from Las Vegas and his comments about "the big league" and switching to "the dark side", I learned through my conversation with Davis Morales that he had entered into illegal agreements with U.S. authorities to supply them with sensitive information about Mr. Assange and Rafael Correa, given that UC Global was responsible for the embassy security where Mr. Assange was located.

Through my conversation with David Morales - in which Morales admitted to further details about the agreement he had entered into during his trip to the United States – I learned that at the Las Vegas Sands trade fair the Chef of Security of Las Vegas Sands, a Jewish man by the name of Zohar Lahav, had agreed the contract with Mr Morales, and the two had become friends. My understanding is that this person offered to cooperate with U.S. Intelligence authorities by supplying information about Mr. Assange.

This collaboration became more concrete over time. In fact, as the U.S. Elections neared towards the latter half of 2016, and especially once Trump had won the elections, David Morale's cooperation became absolutely clear, this reality was something that employees of U.C. Global openly commented and were fully aware of.  Zhaer (Zohar) even travelled to Spain and stayed at David's home for a week.

The security work at the Embassy of Ecuador in London required keeping the (Ecuadorian) National Intelligence Agency appraised of every single occurrence inside the diplomatic mission. In order to do this, we had a closed circuit camera system (CCTV) that did not record sound inside the embassy, the sole propose of which was to monitor possible illegitimate access to the diplomatic mission. We also had security reports that were written up by the U.C Global security personnel who were physically deployed within the diplomatic mission, who informed us of any suspected entry from outside the embassy. David Morales informed me that as part of the contract, the company wrote reports on the basis of this material to SENAIN on a monthly basis approximately. David Morales was the person responsible for executing this.

However, as a result of the parallel agreement that David Morales has signed with U.S. authorities, Morales commented that these reports would also be sent to "the dark side". In order to do this, David Morales began making regular trips to the United States, principally to New York but also Chicago and Washington, he told me he was traveling to talk with "our American friends". At times, he would be accompanied by his wife, Noelia Paez, whose Instagram (under the profile "modas_koko") left tracks through her posts, of the repeated travels, which consisted in one trip a month, or even on occasions up to two trips per month.

This happened approximately around 2017, and I recalled that David Morales asked a person from the company to supply a secure phone, with secure applications, as well as an encrypted computer for his communications with "the American friends", in order to take his relation with the United States outside the company environment.

At times, when I asked insistently who his "American friends" were, David Morales replied "U.S. intelligence". However, when I asked who specifically he was meeting with to provide this information, Mr David Morales would cut me off and stated that this was a matter he was managing separately from the company.

I began to notice that Davis Morales's wealth increased considerably after his regular travels to the United States commenced. This led to me openly accuse him in forceful confrontations in which I told him that a company of this nature must "generate trust" and cannot "supply information to the other side". These arguments would end with David Morales opening his shirt and saying "I am a mercenary through and through", which he did on several occasions. David Morales told me that he was doing this to gain contracts through the intelligence agency, and that there was no monetary gain, although by then I suspected that he was saying this mainly in order to try to conceal the personal gain he was receiving from the illegal operation. In fact, David Morales tried to resolve my reproaches by saying that he had managed to get a training contract on the border of Ecuador and Colombia, paid by the United States, which in fact did not happen, which further strengthened my supposition that he was being paid to transmit information.

From 2017, with the victory of Donald Trump, I realized that David Morales's trips to see "the American friends", which he did not want anyone else at the company to take part in, began to escalate. More specifically, around June or July 2017 David Morales began to develop a sophisticated information collection system inside the embassy. He asked the employees who were physically inside the embassy to intensify and deepen their information collection. The employees also received the instruction from David Morales to change the internal and external cameras of the embassy. The interior ones recorded sound. I was also informed by the employees that David Morales instructed a team to travel regularly to London to collect the camera recordings. After this, in Jerez packages of information were configured so that David Morales would personally bring

these to American authorities, with increased details and intrusion on the privacy of Mr Assange, his lawyers, doctors and other visitors.

He showed at times a real obsession in relation to monitoring and recording the lawyers who met with the "guest" (Julian Assange) because "our American friends" were requesting it.

When I realised what was occurring, and as a result of the constant fights I had with David Morales for "selling himself to the enemy", I decided to put an end to our relationship ███████████ ███████████████████████████████████ Despite the fact everything that had occurred in relation to the United States had been handled by David Morales himself, I feared it could tarnish the company, so I decided to put an end to our contractual relationship.

I suspect that some of the payments to David Morales by U.S intelligence may have been made to accounts under his wife's name, Noelia Paez, via a dental clinic which she owned and which shut down, an account in the Caixa bank, given that I had heard on a few occasion that payments had gone into that account which Mr Morales did not wish to inform the rest of the company about.

Similarly, David Morales may have accounts in Gibraltar, given that he had made comments in the office about traveling to the British colony to hide cash.

Recently, as a result of the arrest of Mr. Assange and the extradition process that has been opened against him on request of the United States, I decided to alert Mr Assange's lawyers that David Morales, the administrator and director of the company U.C. Global over time betrayed both the terms of the contract and the trust that had been given to him by the Government of Ecuador, by systematically handing over information to US intelligence agencies, and that during a period of time he handed all information relating to security of the embassy and eventually also in relation to Rafael Correa. Thus, I came to realize that David Morales decided to sell all the information to the enemy, the United States, which is the reason I put an end to my professional relationship with him.

*Translator's note: Ecuador's intelligence agency