UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET RATNER KUNSTLER,

              Plaintiff,

- against -

DEBORAH HRBEK, ET AL.,

              Defendants.

22-cv-6913 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss. ECF No. 85.

SO ORDERED.

Dated:    New York, New York
            June 17, 2024

                                              */s/ John G. Koeltl*
                                              John G. Koeltl
                                          United States District Judge