UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARGARET RATNER KUNSTLER, ET AL.,

                Plaintiffs,        22-cv-6913 (JGK)

    - against -                   ORDER

CENTRAL INTELLIGENCE AGENCY, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

In view of the Court's decision dismissing the remaining claim against the Central Intelligence Agency ("CIA"), neither Michael R. Pompeo nor the CIA remains a defendant in this case. The parties should address the effect of the Court's dismissal of the remaining claim against the CIA on the two defaulting defendants. Should this case be closed? Should final judgment be entered? The parties should consult and send a letter expressing their views by **February 28, 2025.**

SO ORDERED.
Dated:    New York, New York
          February 14, 2025

                                      John G. Koeltl
                               United States District Judge