

February 25, 2025

**VIA ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, 14A
New York, NY 10007-1312

Re: ***Kunstler, Hrbek, Goetz and Glass v. The Central Intelligence Agency, Pompeo, Morales and Undercover Global S.L.*, 22 Cv. 6913**

Dear Judge Koeltl:

    We represent Plaintiffs in the above-captioned action. We write to request a 14-day extension of time to respond to You Honor's Order to file a letter addressing the effect of the Court's dismissal of the claims in this case against the CIA on the two defaulting defendants (the "Order"). Dkt. No. 95.

    Plaintiffs request until March 14, 2025 send the letter the Court requested in the Order. The current deadline for Plaintiffs to send the letter to the Court is February 28, 2025. The additional time is necessary and requested to provide sufficient time for undersigned counsel to confer with Plaintiffs and the CIA about the Order. Defendant CIA consents to this extension.

    We thank the Court for its consideration of this request.

                                                  Respectfully submitted,

                                                  Richard A. Roth, Esq.