## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X

MARGARET RATNER KUNSTLER,

                Plaintiff,                      22 **CIVIL** 6913 (JGK)

    -against-                        **JUDGMENT**

CENTRAL INTELLIGENCE AGENCY, ET AL.,

                Defendants.

---------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 25, 2025, the claim against the defaulting defendants is dismissed. Because all of the claims against all of the defendants have now been dismissed, Judgment is entered dismissing the Amended Complaint with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      March 26, 2025

                                         **TAMMI M. HELLWIG**
                                         **Clerk of Court**

                       **BY:**    _____
                                           **Deputy Clerk**