UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, DEBORAH
HRBEK, JOHN GOETZ & CHARLES GLASS,

                                     Plaintiffs,

vs.                                                              22 Civ 6913 (JGK)

                                                                        **NOTICE OF APPEAL**

CENTRAL INTELLIGENCE AGENCY, et al.

                                   Defendants.
-------------------------------------------------------------------x

       PLEASE TAKE NOTICE that the plaintiffs listed above hereby appeal to the United States Court of Appeals for the Second Circuit from the order of the United States District Court for the Southern District of New York (Koeltl, J.) dated February 15, 2025 dismissing all claims against the defendant Central Intelligence Agency.

Dated: April 15, 2025

                                                                        By:   s/ Richard A. Roth
                                                                              Richard A. Roth
                                                             295 Madison Avenue, 22nd Floor
                                                             New York, New York 10017
                                                             Tel: (212) 542-8882

                                                             *Attorneys for Plaintiffs*

TO: United States Attorney
     Southern District of New York (via ECF)