UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
MARGARET RATNER KUNSTLER, DEBORAH
HRBEK, JOHN GOETZ & CHARLES GLASS,

                     Plaintiffs,          22-Civ.6913  (JGK)

vs.

                                                      **AMENDED NOTICE OF APPEAL**

CENTRAL INTELLIGENCE AGENCY, MICHAEL R.
POMPEO, DAVID MORALES GUILLEN
and UNDERCOVER GLOBAL S.L.,

                     Defendants
-----------------------------------------------------------------------x

     PLEASE TAKE NOTICE that the plaintiffs listed above hereby appeal to the United States Court of Appeals for the Second Circuit from the orders and judgment of the United States District Court for the Southern District of New York (Koeltl, J.) dated December 19, 2023, February 15, 2025 and March 26, 2025 dismissing all claims against all defendants.

Dated: April 16, 2025

                                                     By:   s/ Richard A. Roth
                                                          Richard A. Roth
                                              295 Madison Avenue, 22nd Floor
                                              New York, New York 10017
                                              Tel: (212) 542-8882

                                              *Attorneys for Plaintiffs*

TO: United States Attorney
      Southern District of New York (via ECF)