**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of May, two thousand twenty-five.

Margaret Ratner Kunstler, Deborah Hrbek, Charles Glass, John Goetz,

    Plaintiffs - Appellants,

v.

Central Intelligence Agency, Michael R. Pompeo, David Morales Guillen, Undercover Global S.L.,

    Defendants - Appellees.

**ORDER**
Docket No. 25-960

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 16, 2025

A notice of appeal was filed on April 15, 2025. The Appellants' Form C due April 29, 2025 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 20, 2025 if the Form C is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/16/2025